O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. SA CV07-1351 DOC (RNBx)            Date: August 22, 2008

Title: GREGG R. MULHOLLAND v. UNITED STATES OF AMERICA / UNITED STATES OF AMERICA v. GREGG R. MULHOLLAND & DALE P. PAISLEY

DOCKET ENTRY
    [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                        Date:_____ Deputy Clerk: _____

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kristee Hopkins | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                   NONE PRESENT

PROCEEDING (IN CHAMBERS):     DENYING MOTION TO FILE CROSS-COMPLAIN

      This case began as a suit by Plaintiff, Gregg R. Mulholland to recover allegedly overpaid taxes.  Defendant, the United States of America, answered and counterclaimed for the full amount of a trust fund recovery penalty assessed against Plaintiff pursuant to 26 U.S.C. § 6672.  On July 30, 2008, Plaintiff filed Motion to File Cross-Complaint, seeking to add American Sports Development Group, Inc. and William Richard Fairbanks as cross-defendants.  Plaintiff seeks indemnification and/or contribution.

      As the United States points out, 26 U.S.C. § 6672 does not allow the addition of cross-defendants for indemnification in "a proceeding in which the United States files a counterclaim or third-party complaint for the collection of such penalty."  26 U.S.C. § 6672 (d).

Accordingly, Plaintiff's Motion is hereby DENIED.

The Clerk shall serve this minute order on all parties to the action.