THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
JOSEPH P. WILSON (SBN 228180)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-4961
    Facsimile: (213) 894-0115
    Email: Joseph.P.Wilson@usdoj.gov

Attorneys for United States of America

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGG R. MULHOLLAND,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA<br><br>    Defendant.<br><br>UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>GREGG R. MULHOLLAND and<br>DALE P. PAISLEY<br><br>    Defendants. | No. SACV 07-1351 DOC (RNBx)<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

Based on the Stipulation filed by the United States of America and Dale Paisley:

    1.    This case is dismissed without prejudice pursuant to Rules 41(a)(2) and 41(c) of the Federal Rules of Civil Procedure.

     2.    The parties shall each bear their own costs and attorney's fees in connection with this case.

**IT IS SO ORDERED.**

DATED:  October 22, 2008            _____

                                              DAVID O. CARTER
                                              United States District Judge

Respectfully submitted,

THOMAS P. O'BRIEN
United States Attorney

SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

\_\_\_\_/s/_____
JOSEPH P. WILSON
Assistant United States Attorney
Attorneys for United States of America